UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| DIANE F. WALLACE, <br>               Plaintiff <br><br> VS. <br><br> EMPIRE HYUNDAI, INC. <br> HSBC AUTO FINANCE INC. F/K/A <br> HOUSEHOLD AUTOMOTIVE FINANCE <br> CORPORATION, WELLS FARGO FINANCIAL <br> ACCEPTANCE, INC., LONG BEACH <br> ACCEPTANCE CORP. AND ONYX <br> ACCEPTANCE CORP., <br>               Defendants | C.A. 05-10073-MLW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER OF LONG BEACH ACCEPTANCE CORPORATION TO COMPLAINT

Now come the Defendant, Long Beach Acceptance Corp. ("Long Beach"), and hereby submits its Answer to the Complaint of Diane F. Wallace, as follows:

1. Paragraph 1 of the Complaint contains no allegations to which a response is required. To the extent Paragraph 1 of the Complaint contains any allegations to which a response is required, Long Beach denies same.

2. Paragraph 2 of the Complaint contains no allegations to which a response is required. To the extent Paragraph 2 of the Complaint contains any allegations to which a response is required, Long Beach denies same.

3. Paragraph 3 of the Complaint contains no allegations to which a response is required. To the extent Paragraph 3 of the Complaint contains any allegations to which a response is required, Long Beach denies same.

4. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 4 of the Complaint, and therefore, denies same.

5. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 5 of the Complaint, and therefore, denies same.

6. Long Beach admits that it is a Delaware Corporation engaged in automobile financing. As to the remaining allegations in Paragraph 6, Long Beach is without sufficient information to either admit or deny such allegations, and therefore, denies same.

7. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 7 of the Complaint, and therefore, denies same.

8. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 8 of the Complaint, and therefore, denies same.

9. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 9 of the Complaint, and therefore, denies same.

10. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 10 of the Complaint, and therefore, denies same.

11. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 11 of the Complaint, and therefore, denies same.

12. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 12 of the Complaint, and therefore, denies same.

13. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 13 of the Complaint, and therefore, denies same.

14. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 14 of the Complaint, and therefore, denies same.

15. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 15 of the Complaint, and therefore, denies same.

16. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 16 of the Complaint, and therefore, denies same.

17. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 17 of the Complaint, and therefore, denies same.

18. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 18 of the Complaint, and therefore, denies same.

19. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 19 of the Complaint, and therefore, denies same.

20. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 20 of the Complaint, and therefore, denies same.

21. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 21 of the Complaint, and therefore, denies same.

22. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 22 of the Complaint, and therefore, denies same.

23. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 23 of the Complaint, and therefore, denies same.

24. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 24 of the Complaint, and therefore, denies same.

25. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 25 of the Complaint, and therefore, denies same.

26. Long Beach is without sufficient information to either admit or deny the allegations in

Paragraph 26 of the Complaint, and therefore, denies same.

27. Long Beach denies the allegations in Paragraph 27 of the Complaint.

28. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 28 of the Complaint, and therefore, denies same.

29. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 29 of the Complaint, and therefore, denies same.

30. Long Beach reiterated and incorporates Response Numbers 1 through 29 above as if fully set our herein.

31. Long Beach denies the allegations in Paragraph 31 of the Complaint.

32. Long Beach denies the allegations in Paragraph 32 of the Complaint.

33. Long Beach denies the allegations in Paragraph 33 of the Complaint.

34. Long Beach denies the allegations in Paragraph 34 of the Complaint.

35. Long Beach denies the allegations in Paragraph 35 of the Complaint.

36. Long Beach reiterated and incorporates Response Numbers 1 through 35 above as if fully set our herein.

37. Long Beach denies the allegations in Paragraph 37 of the Complaint.

38. Long Beach denies the allegations in Paragraph 38 of the Complaint.

39. Long Beach denies the allegations in Paragraph 39 of the Complaint.

40. Long Beach denies the allegations in Paragraph 40 of the Complaint.

41. Long Beach denies the allegations in Paragraph 41 of the Complaint.

42. Long Beach denies the allegations in Paragraph 42 of the Complaint.

43. Long Beach reiterated and incorporates Response Numbers 1 through 42 above as if fully set our herein.

44. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 44 of the Complaint, and therefore, denies same.

45. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 45 of the Complaint, and therefore, denies same.

46. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 46 of the Complaint, and therefore, denies same.

47. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 47 of the Complaint, and therefore, denies same.

48. Long Beach reiterated and incorporates Response Numbers 1 through 47 above as if fully set our herein.

49. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 49 of the Complaint, and therefore, denies same.

50. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 50 of the Complaint, and therefore, denies same.

51. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 51 of the Complaint, and therefore, denies same.

52. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 52 of the Complaint, and therefore, denies same.

53. Long Beach reiterated and incorporates Response Numbers 1 through 52 above as if fully set our herein.

54. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 54 of the Complaint, and therefore, denies same.

55. Long Beach is without sufficient information to either admit or deny the allegations in

Paragraph 55 of the Complaint, and therefore, denies same.

56. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 56 of the Complaint, and therefore, denies same.

57. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 57 of the Complaint, and therefore, denies same.

58. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 58 of the Complaint, and therefore, denies same.

59. Long Beach reiterated and incorporates Response Numbers 1 through 58 above as if fully set our herein.

60. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 60 of the Complaint, and therefore, denies same.

61. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 61 of the Complaint, and therefore, denies same.

62. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 62 of the Complaint, and therefore, denies same.

63. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 63 of the Complaint, and therefore, denies same.

64. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 64 of the Complaint, and therefore, denies same.

65. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 65 of the Complaint, and therefore, denies same.

66. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 66 of the Complaint, and therefore, denies same.

67. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 67 of the Complaint, and therefore, denies same.

68. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 68 of the Complaint, and therefore, denies same.

69. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 69 of the Complaint, and therefore, denies same.

70. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 70 of the Complaint, and therefore, denies same.

71. Long Beach reiterated and incorporates Response Numbers 1 through 70 above as if fully set our herein.

72. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 72 of the Complaint, and therefore, denies same.

73. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 73 of the Complaint, and therefore, denies same.

74. Long Beach is without sufficient information to either admit or deny the allegations in Paragraph 74 of the Complaint, and therefore, denies same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff fails to state a claim upon which relief can be granted, and therefore her Complaint should be dismissed pursuant to Rule 12 of the Massachusetts Rule of Civil Procedure

### SECOND AFFIRMATIVE DEFENSE

By her own actions, conduct and agreements, the Plaintiff has waived any claims she may have against Long Beach.

### THIRD AFFIRMATIVE DEFENSE

By her own actions, conduct and agreements, the Plaintiff is estopped from asserting any claims against Long Beach.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff has not set forth any recoverable damages which occurred as a result of any acts or omissions of Long Beach.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are wholly insubstantial, frivolous and not advanced in good faith and therefore, Long Beach is entitled to recover costs, expenses and attorneys fees pursuant to M.G.L. c. 231, sec. 6F.

WHEREFORE, the Defendant, Long Beach Acceptance Corp., respectfully requests that this Honorable Court dismiss the Plaintiff's Complaint, enter judgment for Long Beach Acceptance Corporation, award Long Beach Acceptance Corp. its costs in defending this claim and enter such other relief as is just and necessary.

LONG BEACH ACCEPTANCE CORP.

By its attorneys,
Cohn & Dussi, LLC,

_____
Lewis J. Cohn, Esq. BBO#
Michael H. Theodore, Esq. BBO#565098
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

## CERTIFICATE OF SERVICE

I, Michael H. Theodore, hereby certify that on this 15TH day of February, 2005, I served by first class mail, postage pre-paid, the foregoing Answer upon:

CHRISTOPHER M. LeFEBVRE, ESQ.
LAW OFFICE OF CLAUDE LEBEBVRE & SONS
P.O. BOX 479
PAWTUCKET, RI 02862

*/s/ Michael*
Michael H. Theodore