UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE F. WALLACE,<br><br>      Plaintiff,<br><br>v.<br><br>EMPIRE HYUNDAI, INC., *et al.*,<br><br>      Defendants. | Civil Action No.: 05 cv 10073 (MLW) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of U. Gwyn Williams and Brooks R. Brown as counsel for defendant HSBC Auto Finance, Inc. in the above-entitled case.

      Respectfully submitted,

      **HSBC AUTO FINANCE, INC.**

      By its attorneys,

      /s/ Brooks R. Brown_____
      U. Gwyn Williams (BBO #565181)
      Brooks R. Brown (BBO #634144)
      GOODWIN PROCTER LLP
      Exchange Place
      Boston, MA 02109-2881
      (617) 570-1000

Dated: February 16, 2005

**CERTIFICATE OF SERVICE**

      I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on this 16th day of February, 2005, I arranged for the service, by ECF filing and first-class U.S. Mail, postage pre-paid, of a copy of the foregoing on the following counsel of record:

| | |
|---|---|
| Christopher M. Lefebvre | Lewis J. Cohn, Esq. |
| Law Offices of Claude Lefebvre & Sons | Michael H. Theodore |
| P.O. Box 479 | 25 Burlington Mall Road, 6th Floor |
| Pawtucket, RI 02862 | Burlington, MA 01803 |

                                                /s/ Brooks R. Brown
                                                Brooks R. Brown