UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIANE F. WALLACE,

    Plaintiff,

  v.

EMPIRE HYUNDAI, INC., *et al.*,

    Defendants.

Civil Action No.: 05 cv 10073 (MLW)

**DEFENDANT HSBC AUTO FINANCE, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, defendant HSBC Auto Finance, Inc. (f/k/a Household Automotive Finance Corporation) states that it is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly owned subsidiary of HSBC Holdings plc ("HSBC Holdings"), a United Kingdom corporation. HSBC Holdings' shares are traded in the United States as American Depository Shares on the New York Stock Exchange.

    Respectfully submitted,

    **HSBC AUTO FINANCE, INC.**

    By its attorneys,

    /s/ Brooks R. Brown_____
    U. Gwyn Williams (BBO #565181)
    Brooks R. Brown (BBO #634144)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    (617) 570-1000

Dated: February 16, 2005

**CERTIFICATE OF SERVICE**

      I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on this 16th day of February, 2005, I arranged for the service, by ECF filing and first-class U.S. Mail, postage pre-paid, of a copy of the foregoing on the following counsel of record:

| | |
|---|---|
| Christopher M. Lefebvre | Lewis J. Cohn, Esq. |
| Law Offices of Claude Lefebvre & Sons | Michael H. Theodore |
| P.O. Box 479 | 25 Burlington Mall Road, 6th Floor |
| Pawtucket, RI 02862 | Burlington, MA 01803 |

                                      /s/ Brooks R. Brown
                                      Brooks R. Brown