UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DIANE F. WALLACE,

       Plaintiff,

   v.

EMPIRE HYUNDAI, INC., *et al.*,

       Defendants.

Civil Action No.: 05 cv 10073 (MLW)

## STIPULATION TO EXTEND TIME

Plaintiff Diane F. Wallace ("Plaintiff") and defendant HSBC Auto Finance, Inc. (f/k/a Household Automotive Finance Corporation) ("HSBC"), by and through their attorneys, hereby agree and stipulate that HSBC shall have up to and including March 18, 2005 to answer or otherwise plead in response to the Plaintiff's Complaint in the above-captioned action.

Respectfully submitted,

| **DIANE F. WALLACE** | **HSBC AUTO FINANCE, INC.** |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ Christopher M. Lefebvre | /s/ Brooks R. Brown |
| Christopher M. Lefebvre (BBO #629056) | U. Gwyn Williams (BBO #565181) |
| LAW OFFICES OF CLAUDE | Brooks R. Brown (BBO #634144) |
|  LEFEBVRE & SONS | GOODWIN PROCTER LLP |
| P.O. Box 479 | Exchange Place |
| Pawtucket, RI 02862 | Boston, MA 02109-2881 |
| (401) 728-6060 | (617) 570-1000 |

Dated: February 16, 2005

## **CERTIFICATE OF SERVICE**

      I, Brooks R. Brown, do hereby certify under the penalties of perjury, that on this 16th day of February, 2005, I arranged for the service, by ECF filing and first-class U.S. Mail, postage pre-paid, of a copy of the foregoing on the following counsel of record:

| | |
|---|---|
| Christopher M. Lefebvre | Lewis J. Cohn, Esq. |
| Law Offices of Claude Lefebvre & Sons | Michael H. Theodore |
| P.O. Box 479 | 25 Burlington Mall Road, 6th Floor |
| Pawtucket, RI  02862 | Burlington, MA  01803 |

                                            /s/ Brooks R. Brown
                                            Brooks R. Brown