UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*****************************************************
                                              *
DIANE F. WALLACE,                             *
            Plaintiff                         *
                                              *
VS.                                           *
                                              *
EMPIRE HYUNDAI, INC.                          *    C.A. 05-10073-MLW
HSBC AUTO FINANCE INC. F/K/A                  *
HOUSEHOLD AUTOMOTIVE FINANCE                  *
CORPORATION, WELLS FARGO FINANCIAL            *
ACCEPTANCE, INC., LONG BEACH                  *
ACCEPTANCE CORP. AND ONYX                     *
ACCEPTANCE CORP.,                             *
            Defendants                        *
                                              *
*****************************************************
```

### CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, LONG BEACH ACCEPTANCE CORP.

Pursuant to Local Rule 7.3, the Defendant, Long Beach Acceptance Corp., through its counsel, states that its parent corporation is ACC Capital Holdings Corporation, a privately held corporation, and that no publicly held corporation owns 10% or more of Long Beach Acceptance Corp.'s stock.

        LONG BEACH ACCEPTANCE CORP.

        By its attorneys,
        Cohn & Dussi, LLC,

        /S/ Michael H. Theodore
        Lewis J. Cohn, Esq. BBO#553803
        Michael H. Theodore, Esq. BBO#565098
        25 Burlington Mall Road, 6th Floor
        Burlington, MA 01803
        (781) 494-0200

CERTIFICATE OF SERVICE

      I, Michael H. Theodore, hereby certify that on this ____ day of _____, 2005, I cause to be served through ECF filing and first class mail, the foregoing Disclosure Statement upon all counsel of record:

CHRISTOPHER M. LeFEBVRE, ESQ.
LAW OFFICE OF CLAUDE LEBEBVRE & SONS
P.O. BOX 479
PAWTUCKET, RI 02862


U. GWYN WILLIAMS, ESQ.
BROOKS R. BROWN, ESQ.
GOODWIN PROCTOR LLP
EXCHANGE PLACE
BOSTON, MA 02109

                                        /S/ Michael H. Theodore
                                        Michael H. Theodore.