UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NUMBER: 05-10073-MLW

| | |
|---|---|
| DIANE F. WALLACE,<br>    Plaintiff<br><br>v.<br><br>EMPIRE HYUNDAI, INC.,<br>HSBC AUTO FINANCE, INC. F/K/A<br>HOUSEHOLD AUTOMOTIVE FINANCE<br>CORPORATION, WELLS FARGO<br>FIANANCIAL CORP., and<br>ONYX ACCEPTANCE CORPORATION,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT, EMPIRE HYUNDAI, INC.'S, ANSWER TO PLAINTIFF'S COMPLAINT

1.  Clause 1 of plaintiff's complaint; plaintiff makes assertions of both law and fact. Defendant, Empire Hyundai, Inc., denies the factual allegations made by the plaintiff and reserves the right to contest plaintiff's assertions as to the applicable law in this case.

### JURISDICTION

2.  Clause 2 of plaintiff's complaint is a question of law and the defendant neither admits nor denies the allegations and reserves the right to contest the same.

### PARTIES

3.  The defendant admits that the plaintiff lived at 161 Courtney Avenue in Pawtucket, Rhode Island, but denies that she is a consumer as defined by the ECOA and the FCRA.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

1

4.  The allegation in clause 4 of the plaintiff's complaint does not apply to this defendant and no answer is therefore required.

5.  The allegation in clause 5 of the plaintiff's complaint does not apply to this defendant and no answer is therefore required.

6.  The allegation in clause 6 of the plaintiff's complaint does not apply to this defendant and no answer is therefore required.

7.  The allegation in clause 7 of the plaintiff's complaint does not apply to this defendant and no answer is therefore required.

8.  Denied. It is admitted that Empire Hyundia's principal place of business is 428 Pleasant Street but all other allegations contained in clause 8 are denied.

9.  The allegations in clause 9 do not require an answer inasmuch as it is a collection of allegations unrelated to this defendant. The defendant nevertheless denies all allegations contained therein.

10. The defendant does not have sufficient information to neither admit nor deny this allegation and calls upon the plaintiff to prove the same if material.

11. Denied.

12. Defendant admits that it transmitted to the plaintiff the documents mentioned in clause 12 A, B, C, D, E and F and denies all other allegations contained therein.

13. Defendant admits that it transmitted to the plaintiff the documents mentioned without admitting it to be a Certificate of Sale as characterized.

14. Plaintiff neither admits nor denies this allegation as it suggests plaintiff's state of mind and calls upon plaintiff to prove same if material.

15. Admitted.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

2

16. The defendant admits that it called the plaintiff requesting that she return the vehicle after discovering that the plaintiff had provided false or unverifiable information in her credit application causing her to be denied.

17. Please see Answer No. 14 above.

18. Defendant denies that any threats were made.

19. It is admitted that the defendant picked up the vehicle but it is denied that the vehicle was repossessed or picked up against the will of the plaintiff.

20. Denied as this defendant has always been and is now prepared to return all the deposits made by the plaintiff together with the trade-in value of her vehicle.

21. Denied as this defendant was not the entity providing financing for this vehicle.

22. Please see Answer No. 21 above.

23. Denied.

24. Please see Answer No. 20 above.

25. This allegation appears to be applicable only to defendant, Household, and no answer by this defendant is required.

26. This allegation appears to be applicable only to defendant, Wells Fargo, and no answer by this defendant is required.

27. This allegation appears to be applicable only to defendant, Long Beach Acceptance, and no answer by this defendant is required.

28. This allegation appears to be applicable only to defendant, Onyx, and no answer by this defendant is required.

29. Defendant is unable to answer this allegation as it does not understand what the plaintiff means, the allegation being overly vague.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

### COUNT ONE: VIOLATION OF THE EQUAL CREDIT OPPORTUNITY ACT
### (AGAINST ALL DEFENDANTS)

30. No answer required.

31. Defendant Empire is not a credit provider and is not required to provide reasons for credit denials to the plaintiff.

32. Denied.

33. Please see Answer No. 31.

34. This calls for a conclusion of law which this defendant reserves a right to contest and therefore denies.

35. Please see Answer No. 34 above.

### COUNT TWO: VIOLATION OF FAIR CREDIT REPORTING ACT
### (AGAINST ALL DEFENDANTS)

36. No answer required.

37. Denied. Defendant Empire is not a credit provider as defined by the FCRA.

38. Please see Answer No. 37 above.

39. Please see Answer No. 37 above.

40. Denied.

41. Denied.

42. Denied.

### COUNT THREE: VIOLATIONS OF THE MCCCDA (MG.L. ch. 140D § 1 et seq.)
### (AGAINST EMPIRE ONLY)

43. No answer required.

44. Denied.

45. Denied.

46. Denied.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

47. Denied.

### COUNT FOUR: VIOLATIONS OF THE MASSACHUSETTS REGULATION ACT (M.G.L. ch. 255B § 20A et seq.) (AGAINST EMPIRE ONLY)

48. No answer required.

49. Defendant denies violating any terms of the Massachusetts Repossession Act.

50. Denied.

51. Denied.

52. Denied.

### COUNT FIVE: STATUTORY FRAUD (M.G.L. ch.93a) (AGAINST EMPIRE ONLY)

53. No answer required.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

### COUNT SIX: CONVERSION (AGAINST EMPIRE ONLY)

59. No answer required.

60. Denied.

61. Denied.

62. Denied.

### COUNT SEVEN: FRAUD (AGAINST EMPIRE ONLY)

63. No answer required.

64. Denied.

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

65. Defendant does not have sufficient information to neither admit nor deny this allegation and calls upon the plaintiff to prove the same if material.

66. Please see Answer No. 65. above.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

### COUNT EIGHT: VIOLATION OF ARTICLE 9 OF UNIFORM COMMERCIAL CODE (AGAINST EMPIRE ONLY)

71. No answer required.

72. This calls for a legal conclusion to which no answer is required.

73. Denied.

74. Denied.

**WHEREFORE,** defendant demands plaintiff's complaint be dismissed and that it be awarded costs and counsel fees.

Respectfully submitted,

*EMPIRE HYUNDAI, INC.,*
By its attorney,

SAHADY ASSOCIATES, P.C.

_____
Paul M. Sahady
399 North Main Street
Fall River, MA 02720
508-674-9444
BBO# 567803

Dated: February 24, 2005

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

6

## CERTIFICATE OF SERVICE

I, Paul M. Sahady, counsel for the Defendant, **EMPIRE HYUNDAI, INC.,** hereby certify that I have this day served a copy of the within:

**DEFENDANT, EMPIRE HYUNDAI, INC.'S, ANSWERS TO PLAINTIFF'S COMPLAINT**

Said service was made by mailing, first-class mail, postage prepaid, a copy this day to:

*Christopher M. Lefebvre, Esquire*
*P.O. Box 479*
*Pawtucket, RI 02862*

Sworn and subscribed to under the pains and penalties of perjury this 24th, day of February, 2005.

_____
Paul M. Sahady

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430