UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE F WALLACE,
    Plaintiff

CA:05-10073 MLW

v.

EMPIRE HYUNDAI, INC.
HSBC AUTO FINANCE INC. F/K/A
HOUSEHOLD AUTOMOTIVE FINANCE CORPORATION,
WELLS FARGO FINANCIAL ACCEPTANCE, INC.,
LONG BEACH ACCEPTANCE CORP. AND
ONYX ACCEPTANCE CORPORATION

    Defendants.

## DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff hereby dismisses her complaint against the Defendant, HSBC Auto Finance, Inc. with prejudice.

Diane F. Wallace
By her attorney,

Christopher M. Lefebvre BBO #629056
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
PO BOX 479
Pawtucket, R.I. 02862
401-728-6060

## CERTIFICATION

I hereby certify that I mailed a copy of the above to Brooks R. Brown Esquire, Goodwin Procter LLP Exchange Place Boston MA 02109-2881 on this 3rd day of March 2005