UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10073-MLW

)
DIANE F. WALLACE,          )
                           )
    Plaintiff              )
                           )
v.                         )   ANSWER OF DEFENDANT
                           )   ONYX ACCEPTANCE CORPORATION
EMPIRE HYUNDAI, INC. et al.,)
                           )
    Defendants             )
                           )

First Defense

1.  Defendant Onyx Acceptance Corporation (hereinafter "Onyx") denies the averments of Paragraph 1 of the Complaint as argumentative and conclusory.

2.  Onyx admits the averments of Paragraph 2, with the exception of §1681e(f), which should be §1691e(f).

3.  Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 3.

4.  Onyx admits that defendant HSBC Auto Finance Inc., formerly known as Household Automotive Finance Corporation, is a Delaware corporation with CT Corporation of 101 Federal Street, Boston, Massachusetts as its registered agent in the Commonwealth of Massachusetts; but is without knowledge or information

sufficient to form a belief as to the truth of the remaining averments of Paragraph 4.

5. Onyx admits that defendant Wells Fargo Financial Acceptance Massachusetts, Inc. is a Massachusetts corporation with Corporation Service Company of 84 State Street, Boston, Massachusetts as its registered agent in the Commonwealth of Massachusetts; but is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 5.

6. Onyx admits that defendant Long Beach Acceptance Corp. is a Delaware corporation with National Registered Agents, Inc. of 303 Congress Street (2nd Floor), Boston, Massachusetts as its registered agent in the Commonwealth of Massachusetts; but is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 6.

7. Onyx admits that it is a Delaware corporation engaged in automotive financing with Corporation Service Company of 84 State Street, Boston, Massachusetts as its registered agent in the Commonwealth of Massachusetts; but is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 7.

8. Onyx admits that defendant Empire Hyundai, Inc. is a Massachusetts corporation with a principal place of business at 428 Pleasant Street, Fall River, Massachusetts; but is without

knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 8.

9. Onyx denies the averments of Paragraph 9 as argumentative and conclusory.

10. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 10.

11. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 11.

12. Onyx denies that $8,094.95 is the amount financed in Exhibit E; and is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 12.

13. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 13.

14. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 14.

15. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 15.

16. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 16.

17. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 17.

18. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 18.

19. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 19.

20. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 20.

21. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 21.

22. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 22.

23. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 23.

24. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 24.

25. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 25.

26. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 26.

27. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 27.

28. Onyx admits that it obtained a copy of the plaintiff's credit report in or around January 2003; but denies the remaining averments of Paragraph 28.

29. Onyx denies the averments of Paragraph 29.

As to Count One (ECOA):

30. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 29 in response to the averments of Paragraph 30.

31. Onyx denies the averments of Paragraph 31.

32. Onyx denies the averments of Paragraph 32.

33. Onyx denies the averments of Paragraph 33.

34. Onyx denies the averments of Paragraph 34.

35. Onyx denies the averments of Paragraph 35.

As to Count Two (FCRA):

36. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 35 in response to the averments of Paragraph 36.

37. Onyx denies the averments of Paragraph 37.

38. Onyx denies the averments of Paragraph 38.

39. Onyx denies the averments of Paragraph 39.

40. Onyx denies the averments of Paragraph 40.

41. Onyx denies the averments of Paragraph 41.

42. Onyx denies the averments of Paragraph 42.

As to Count Three (Chapter 140D):

43. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 42 in response to the averments of Paragraph 43.

44. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 44.

45. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 45.

46. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 46.

47. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 47.

<u>As to Count Four (Chapter 255B)</u>:

48. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 47 in response to the averments of Paragraph 48.

49. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 49.

50. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 50.

51. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 51.

52. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 52.

<u>As to Count Five (Chapter 93A)</u>:

53. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 52 in response to the averments of Paragraph 53.

54. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 54.

55. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 55.

56. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 56.

57. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 57.

58. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 58.

As to Count Six (Conversion):

59. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 58 in response to the averments of Paragraph 59.

60. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 60.

61. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 61.

62. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 62.

As to Count Seven (Fraud):

63. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 62 in response to the averments of Paragraph 63.

64. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 64.

65. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 65.

66. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 66.

67. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 67.

68. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 68.

69. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 69.

70. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 70.

As to Count Eight (UCC Article 9):

71. Onyx repeats and incorporates by reference herein its responses to Paragraphs 1 through 70 in response to the averments of Paragraph 71.

72. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 72.

73. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 73.

74. Onyx is without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 74.

### Second Defense

And further answering, said defendant says that the claim or claims of the plaintiff are barred by the appropriate statute of limitations or the doctrine of laches.

### Third Defense

And further answering, said defendant says that the claim or claims of the plaintiff are barred by the Statute of Frauds.

### Fourth Defense

And further answering, said defendant says that the conduct complained of by the plaintiff is that of a person or persons for whose conduct it is not legally responsible or liable.

### Fifth Defense

And further answering, said defendant says that the claim or claims of the plaintiff are barred by want of equity or unclean hands.

### Sixth Defense

And further answering, said defendant says that the plaintiff is estopped by her conduct to recover anything against it.

### Seventh Defense

And further answering, said defendant says that the plaintiff waived or abandoned the claim or claims against it.

### Eighth Defense

And further answering, said defendant says that the alleged injuries and damages of the plaintiff were caused in whole or in

part by the plaintiff's own negligence, which was greater than any negligence on the part of said defendant.

### Ninth Defense

And further answering, said defendant says that the plaintiff failed to satisfy all conditions precedent to any right to recovery.

### Tenth Defense

And further answering, said defendant says that the plaintiff is barred from recovery against it because her alleged injuries and losses were caused by the intervening and superseding actions of third persons for whose conduct said defendant is not responsible.

### Eleventh Defense

And further answering, said defendant says that the plaintiff is barred from recovery against it because she failed to mitigate her injuries and damages.

### Twelfth Defense

And further answering, said defendant states that the plaintiff's damages, if any, should be reduced in whole or in part because of her comparative fault.

### Thirteenth Defense

And further answering, said defendant says that as an indirect lender it did not participate in any of the negotiations between the plaintiff and Empire Hyundai, Inc., wherefore it is not liable to the plaintiff.

### Fourteenth Defense

And further answering, said defendant says that any reports allegedly made by it to any credit bureau regarding the status of the plaintiff's account were true in substance and fact, wherefore the plaintiff is not entitled to any recovery in this action.

### Fifteenth Defense

And further answering, said defendant says that it is not liable to the plaintiff because it complied with the notice requirements of the Equal Credit Opportunity Act and/or the Fair Credit Reporting Act.

### Sixteenth Defense

And further answering, said defendant says that it is not liable to the plaintiff for any alleged violation of the Equal Credit Opportunity Act or the Fair Credit Reporting Act because any violation was not intentional and resulted from a bona fide error notwithstanding the maintenance by said defendant of procedures reasonably adopted to avoid any such error.

### Seventeenth Defense

And further answering, said defendant says that it is not liable to the plaintiff for any alleged violation of the Equal Credit Opportunity Act because any act or omission on its part was in good faith conformity within the meaning and purview of 15 U.S.C. §1691e(e).

WHEREFORE, defendant Onyx Acceptance Corporation prays:

1. That the Complaint and the several counts thereof be dismissed with prejudice as to it.

2. That it be awarded its expenses in defending against the Complaint, including a reasonable attorney's fee.

3. For such other and further relief as to this Honorable Court may seem proper in the premises.

> Onyx Acceptance Corporation,
> By its attorneys,
>
> /s/ Michael E. Hager
> Michael E. Hager, Esquire
> Dane & Howe, LLP
> 45 School Street
> Boston, MA 02108-3204
> (617) 227-3600
> BBO No. 216460

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys for all parties by mail on March 7, 2005.

*[signature]*
Michael E. Hager, Esquire