UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN OFFICE*
*2005 APR 22 P 12:53*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

CA:05-10073 MLW

DIANE F WALLACE,
    Plaintiff

v.

EMPIRE HYUNDAI, INC.
HSBC AUTO FINANCE INC. F/K/A
HOUSEHOLD AUTOMOTIVE FINANCE CORPORATION,
WELLS FARGO FINANCIAL ACCEPTANCE, INC.,
LONG BEACH ACCEPTANCE CORP. AND
ONYX ACCEPTANCE CORPORATION

    Defendants.

## DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff hereby dismisses her complaint against the Defendant, Wells Fargo Financial Acceptance, Inc. with prejudice.

Diane F. Wallace
By her attorney,

*[signature]* 4/20/05
Christopher M. Lefebvre BBO #629056
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
PO BOX 479
Pawtucket, R.I. 02862
401-728-6060

*[signature]* Diane Wallace 4/20/2005

## CERTIFICATION

I hereby certify that on this 28th day of April 2005 I mailed by first class mail, postage pre-paid, copy of the foregoing Dismissal Stipulation upon:

Michael H. Theodore, Esq.
Cohn & Dussi, LLC
25 Burlington Mall
6th Floor
Burlington, MA 01803
(781)494-0200

Michael E. Hager, Esq.
Dane & Howe, LLP
45 School Street
Boston, MA 02108-3204
(617)227-3600

Paul M. Sahady, Esq.
Sahady Associates, PC
399 North Main Street
Fall River, MA 02720
(508)674-9444

C/o: Wells Fargo Financial
Denise L. Johnson, Esq.
MAC F4030-101
800 Walnut Street
Des Moines IA 50309
(515)557-7150

_____