UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE F WALLACE,
    Plaintiff

CA:05-10073 MLW

v.

EMPIRE HYUNDAI, INC.
HSBC AUTO FINANCE INC. F/K/A
HOUSEHOLD AUTOMOTIVE FINANCE CORPORATION,
WELLS FARGO FINANCIAL ACCEPTANCE, INC.,
LONG BEACH ACCEPTANCE CORP. AND
ONYX ACCEPTANCE CORPORATION

    Defendants

## DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff hereby dismisses her complaint against the Defendant, Long Beach Acceptance Corp. with prejudice.

Diane F. Wallace
By her attorney,

Christopher M. Lefebvre BBO #629056
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
PO BOX 479
Pawtucket, R.I. 02862
401-728-6060

Diane Wallace 5/3/05

## CERTIFICATION

I hereby certify that on this 3rd day of May 2005 I mailed by first class mail, postage pre-paid, copy of the foregoing Dismissal Stipulation upon:

Michael H. Theodore, Esq.
Cohn & Dussi, LLC
25 Burlington Mall
6th Floor
Burlington, MA 01803
(781)494-0200


Michael E. Hager, Esq.
Dane & Howe, LLP
45 School Street
Boston, MA 02108-3204
(617)227-3600


Paul M. Sahady, Esq.
Sahady Associates, PC
399 North Main Street
Fall River, MA 02720
(508)674-9444