UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DIANE F. WALLACE,                  )
     Plaintiff,                    )
                                   )
     v.                            )    C.A. No. 05-10073-MLW
                                   )
EMPIRE HYUNDAI, INC.,              )
     Defendants                    )
```

<u>ORDER</u>

WOLF, D.J.                                                August 4, 2005

The parties in this case were asked whether they would consent to reassignment of this case for all purposes to Magistrate Judge Bowler, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. No party has responded.  Thus, all parties are deemed to have consented.  Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Bowler for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT