UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10073-MLW

| | |
|---|---|
| DIANE F. WALLACE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EMPIRE HYUNDAI, INC., ET AL. )<br>)<br>Defendants )<br>) | **NOTICE OF COUNSEL'S**<br>**CHANGE OF ADDRESS** |

Notice is hereby given, effective immediately, that my address, telephone number, facsimile number and e-mail address are now:

> Michael E. Hager, Esquire
> 11 Beacon Street
> Suite 1200
> Boston, MA 02108
> (617) 723-7133
> (617) 723-3272 (Facsimile)
> *mehager75@hotmail.com*

DATED: August 19, 2005

Michael E. Hager, Esquire
11 Beacon Street
Suite 1200
Boston, MA 02108
(617) 723-7133
BBO #216460
ATTORNEY FOR ONYX ACCEPTANCE
CORPORATION