UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-10073-MLW

| | |
|---|---|
| DIANE F. WALLACE, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **NOTICE OF COUNSEL'S** |
| ) | **CHANGE OF ADDRESS** |
| EMPIRE HYUNDAI, INC., ET AL. ) | |
| ) | |
| Defendants ) | |
| ) | |

Notice is hereby given, effective immediately, that my address, telephone number, facsimile number and e-mail address are now:

Michael E. Hager, Esquire
11 Beacon Street
Suite 1200
Boston, MA 02108
(617) 723-7133
(617) 723-3272 (Facsimile)
*mehager75@hotmail.com*

DATED: August 19, 2005

Michael E. Hager, Esquire
11 Beacon Street
Suite 1200
Boston, MA 02108
(617) 723-7133
BBO #216460
ATTORNEY FOR ONYX ACCEPTANCE
CORPORATION