### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DIANE F WALLACE,** | ) | **CA:05-10073 MLW** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| **EMPIRE HYUNDAI, INC.** | ) | |
| **AND** | ) | |
| **ONYX ACCEPTANCE CORPORATION**) | | |
| **Defendants.** | ) | |

### DISMISSAL STIPULATION

_____Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff hereby dismisses her complaint with prejudice as to all remaining Defendants.

**Diane F. Wallace**
**By her attorney,**

/s/Christopher M. Lefebvre
**BBO #629056**
**LAW OFFICES OF CLAUDE**
**LEFEBVRE & SONS**
**PO BOX 479**
**Pawtucket, R.I. 02862**
**401-728-6060**

### CERTIFICATION

I hereby certify that a copy of the within Dismissal Stipulation was electronically filed on February 28, 2006 on:

| | |
|---|---|
| Michael E. Hager, Esq. | Paul M. Sahady, Esq. |
| 11 Beacon Street, Suite 1200 | Sahady Associates, PC |
| Boston, MA 02108-3204 | 399 North Main Street |
| (617)723-7133 | Fall River, MA 02720 |
| mehager75@hotmail.com | (508)674-9444 |

/s/Christopher M. Lefebvre