UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANE WALLACE,
        Plaintiff,

v.   CIVIL ACTION
NO.   05-10073-MBB

EMPIRE HYUNDAI, INC. AND
ONYX ACCEPTANCE CORP.,
        Defendant.

## FINAL JUDGMENT

MARCH 2, 2006

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal by the parties, it is hereby **ORDERED** and **ADJUDGED** that this action be DISMISSED with prejudice and without costs.

        /s/ Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge